powers expressly conferred. See Wyeth v. Whitman, 72 Fla. 40, 72 South. Rep. 472; Curry v. Osborne, 76 Fla. 39.

It does not clearly appear that the city then had the power here sought to be exercised; and doubt as to the existence of the power, particularly in a case of this nature, should be resolved against the municipality, from which it results that the final order quashing and dismissing the alternative writ of mandamus should be and is reversed.

WEST, C. J., AND ELLIS, TERRELL AND BROWN, J. J., concur.

STRUM, J., disqualified.

---

THE WEEKS MINING & MANUFACTURING COMPANY, A CORPORATION, *Appellant*, v. GEORGE E. FRENCH, AS TRUSTEE, *Appellee*.

En Banc.

Decision Filed July 18, 1925.

An Appeal from the Circuit Court for Citrus County; W. S. Bullock, Judge.

*Hugh Hale*, for Appellant;

*Mabry, Reaves & Carlton*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment

to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

St. Francis Xavier's Catholic Church, Walter J. Edelblut and Rev. J. H. O'Keeffe, *Appellants,* v. J. L. Adams and W. A. Adams, Copartners Doing Business as the Adams Construction Company, *Appellees.*

En Banc.

Decision Filed July 18, 1925.

An Appeal from the Circuit Court for Lee County; George W. Whitehurst, Judge.

*Randell & Campbell,* for Appellants;

*R. Percy Jones* and *Edwin R. Dickenson,* for Appellees.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby, affirmed.

All concur.